IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN JEROME BERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:11cv779-WHA |
| | ) | |
| OFFICER BEY-BADGE # 840, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AND OPINION**

On February 14, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 12). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. Defendant Bey's motion for summary judgment (Doc. # 6), is GRANTED and this case against him is DISMISSED with prejudice;

2. Judgment is ENTERED in favor of defendant and against plaintiff; and

3. Costs are TAXED against plaintiff for which execution may issue.

Done this the 11th day of March, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE